**Francisco SANCHEZ–PARAMO,
Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

**No. 06–72840.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

Francisco Sanchez–Paramo, Riverside, CA, pro se.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, James Arthur Hunolt, Senior Litigation Counsel, Oil, M. Jocelyn Lopez Wright, Kristin Edison, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Francisco Sanchez–Paramo, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to recon-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

sider. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Oh v. Gonzales,* 406 F.3d 611, 612 (9th Cir.2005), and we deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Sanchez–Paramo's motion to reconsider because the motion failed to identify any error of law or fact in the BIA's February 16, 2006, order. *See* 8 C.F.R. § 1003.2(b)(1).

To the extent that Sanchez–Paramo seeks review of the BIA's February 16, 2006, order dismissing his appeal, we lack jurisdiction because the petition for review is not timely as to that order. *See* 8 U.S.C. § 1252(b)(i); *Singh v. INS,* 315 F.3d 1186, 1188 (9th Cir.2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.